UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KHOR CHIN LIM,<br><br>   Plaintiff,<br><br>  v.<br><br>ALLISON MEOW SIAM LIM, et al.,<br><br>   Defendants. | Case No. 22-cv-04605-JD<br><br>**ORDER RE OSC, ECF FILING, AND PENDING MOTIONS** |

To the limited extent that the disjointed and sprawling complaint filed by pro se plaintiff Khor Chin Lim is intelligible, this case appears to involve events and defendants in Illinois, Ohio, and southeast Asia. Lim was ordered by a magistrate judge to show cause in writing by September 29, 2022, why personal jurisdiction over defendants might be present in this District. Dkt. No. 15 (OSC). Rather than responding to the order, Lim asked to withdraw consent to magistrate judge jurisdiction and filed a motion to recuse the magistrate judge. Dkt. Nos. 19, 21. The motions were referred to the General Duty Judge, who granted the withdrawal of consent and denied the recusal request. Dkt. No. 41.

The personal jurisdiction question remains pressing, and Lim is directed to respond to the OSC by October 28, 2022. Lim is also directed to file by October 28, 2022, a separate statement identifying any vexatious litigant or pre-filing screening orders that have been entered against him by any court, state or federal, within the last five years. Defendants may also file a statement about such orders. Lim is advised that an unexcused failure to meet these deadlines will result in dismissal of the case under Federal Rule of Civil Procedure 41(b).

The pending motion for relief from the OSC, and all of the pending motions to strike and for entry of default filed by Lim are terminated. No defendant need respond to the complaint or any other filing by Lim pending further order of the Court. Lim may not file any new motions without the Court's prior approval. A failure to follow this order will result in a summary dismissal of the filing, and termination of Lim's ECF filing privileges.

The case management conference set for December 22, 2022, is vacated.

**IT IS SO ORDERED.**

Dated: October 7, 2022

JAMES DONATO
United States District Judge